This memorandum is uncorrected and subject to revision before publication in the New York Reports.
-----------------------------------------------------------------

No. 15
Aetna Health Plans, &c.,
          Appellant,
      v.
Hanover Insurance Company,
          Respondent.

          Jonathan A. Dachs, for appellant.
          Barry Levy, for respondent.
          American Insurance Association, amicus curiae.

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

Reargument ordered and case set down for argument during a future session of this Court.  Judges Pigott, Rivera, Abdus-Salaam, Stein and Fahey concur.  Chief Judge DiFiore and Judge Garcia took no part.

Decided February 23, 2016